DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
ADRIAN J. WEBBER (Bar No. 259118)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com
awebber@downeybrand.com

Attorneys for Plaintiff
REDDING BANK OF COMMERCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REDDING BANK OF COMMERCE, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.  2:10-CV-00498-FCD-CMK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES IN SCHEDULING ORDER** |

      Plaintiff Redding Bank of Commerce ("Plaintiff") and Defendant Bank of America ("Defendant") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to briefly extend the discovery, expert disclosure, and motion hearing deadlines set forth in the Status (Pretrial Scheduling) (hereinafter the "Scheduling Order") by approximately two months.  To accommodate this extention, the parties also request a brief one month continuance of the Final Pretrial Conference.  The requested extension would not alter or otherwise affect the current trial date of August 23, 2011.

/ / /

To date, the parties have not requested any other modification of the deadlines in the Scheduling Order. The parties have acted diligently to comply with the original deadlines set forth in the Scheduling Order, but believe a brief extension of time would allow them to focus their efforts on resolving this action informally. Settlement discussions have been ongoing during the month of September and are continuing.

The parties respectfully request that the Court modify the existing Scheduling Order by extending the dates therein as follows:

| Deadline | Existing Date | Proposed Date |
| --- | --- | --- |
| Discovery Cutoff | November 2, 2010 | January 7, 2011 |
| Initial Expert Disclosures | November 16, 2010 | Janaury 14, 2011 |
| Rebuttal Expert Disclosures | December 7, 2010 | February 7, 2011 |
| Last Hearing Date for Motions | March 11, 2011 | April 15, 2011 |
| Final Pretrial Conference | May 20, 2011 | June 24, 2011 |
| Trial | August 23, 2011 | Unchanged |

DATED: October 6, 2010                    DOWNEY BRAND LLP


By: /s/ Meghan M. Baker
    MEGHAN M. BAKER
    Attorney for Plaintiff
    REDDING BANK OF COMMERCE

DATED: October 6, 2010                    GOODWIN PROCTER LLP


By: /s/ Robert B. Bader (as authorized on 10/6/10)
    ROBERT B. BADER
    Attorney for Defendant
    BANK OF AMERICA

## ORDER

Pursuant to the joint stipulation of the parties, and good cause appearing, the request to extend the deadlines in the Court's Status (Pretrial Scheduling) Order is GRANTED. The deadlines are modified as follows:

| Deadline | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | November 2, 2010 | January 7, 2011 |
| Initial Expert Disclosures | November 16, 2010 | Janaury 14, 2011 |
| Rebuttal Expert Disclosures | December 7, 2010 | February 7, 2011 |
| Last Hearing Date for Motions | March 11, 2011 | **April 29, 2011** |
| Final Pretrial Conference | May 20, 2011 | **June 24, 2011, at 1:30 PM** |
| Trial | August 23, 2011 | Unchanged |

DATED: October 6, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE