
DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
ADRIAN J. WEBBER (Bar No. 259118)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com
awebber@downeybrand.com

Attorneys for Plaintiff
REDDING BANK OF COMMERCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REDDING BANK OF COMMERCE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:10-CV-00498-FCD-CMK<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT** |

Plaintiff Redding Bank of Commerce ("Plaintiff") and Defendant Bank of America Corporation, sued as "Bank of America, a Delaware corporation" ("Defendant" or "Bank of America") hereby jointly stipulate pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure and seek leave to allow Plaintiff to file an Amended Complaint adding BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP ("BAC Servicing") as a defendant to this action.

On September 20, 2010, Defendant served discovery responses asserting that BAC Servicing has been servicing and continues to service the loans at issue in this action.  On that

basis, among others, Plaintiff contends that BAC Servicing is a proper party to the instant action. Accordingly, on October 1, 2001, Plaintiff sent Defendant a letter inquiring whether it would stipulate to Plaintiff filing an Amended Complaint adding BAC Servicing as a defendant to this action. On November 2, 2010, Defendant agreed to so stipulate. Accordingly, IT IS HEREBY STIPULATED by and between the parties, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16, that:

1. Plaintiff may file a First Amended Complaint adding BAC Home Loans Servicing, LP as a party to this action. A copy of Plaintiff's First Amended Complaint is attached hereto as <u>Exhibit A</u>.

2. Plaintiff's First Amended Complaint is deemed to be filed and served as of the date this Stipulation and Order is entered.

3. Bank of America and BAC Home Loans Servicing, LP shall have thirty (30) days to respond to the First Amended Complaint.

**SO STIPULATED.**


DATED:  November 9, 2010            DOWNEY BRAND LLP


                                    By:           /s/  Meghan M. Baker
                                            MEGHAN M. BAKER
                                            Attorney for Plaintiff
                                        REDDING BANK OF COMMERCE


DATED:  November 9, 2010            GOODWIN PROCTER LLP


                                    By:   /s/ Robert B. Bader (as authorized on 11/5/2010)
                                            ROBERT B. BADER
                                            Attorney for Defendant
                                        BANK OF AMERICA CORPORATION

**ORDER**

Having considered the foregoing Stipulation and good cause appearing therefore:

1. Plaintiff may file the First Amended Complaint adding BAC Home Loans Servicing, LP as a party to this action.

2. Bank of America and BAC Home Loans Servicing, LP shall have thirty (30) days to respond to the First Amended Complaint.

IT IS SO ORDERED.

DATED: November 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE